UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN E. PESKOFF, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL A. FABER, <br><br> Defendant. | Civil Action No. 04-526 (HHK/JMF) |

**ORDER**

Pursuant to the accompanying Memorandum Opinion, the following is hereby

**ORDERED:**

1. Defendant's Motion for Protective Order Concerning Plaintiff's Subpeona to United Bank for Defendant's Personal Bank Records [#15] is **DENIED** in part and **GRANTED** in part.

2. Defendant's Motion for a Protective Order and Supporting Memorandum Concerning Plaintiff's Subpeona to Non-Party Mark Levine [#27] is **DENIED** in part and **GRANTED** in part.

3. Defendant's Motion and Supporting Memorandum Requesting Entry of a Protective Order Governing the Confidentiality of Discovery Materials [#31] is **DENIED** in part and **GRANTED** in part.

4. Plaintiff's Motion for Protective Order Concerning Defendant's Subpeona *Duces Tecum* to Joseph Estabrook [#24] is **GRANTED** *nunc pro tunc*.

5. Plaintiff's Motion for Protective Order Concerning Defendant's Subpeona *Duces Tecum* and *Ad Testificandum* to Joel Lesch [#25] is **GRANTED** *nunc pro tunc*.

6. Plaintiff's Motion for Extension of Discovery Period and Corresponding Modification of Scheduling Order [#16] is **GRANTED**.  The Court extends the discovery deadline to August 19, 2005 solely for the purposes of complying with this Order and the accompanying Opinion.

7. Plaintiff's Motion for Additional Depositions [#20] is **GRANTED**.

8. Plaintiff's Consent Motion for Telephonic Conference Prior to Filing Motions to Compel Discovery [#21] is **DENIED** as moot.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2005