UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN E. PESKOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL A. FABER,<br><br>    Defendant. | Civil Action No. 04-526 (HHK/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that Plaintiff's Motion for Clarification of Scope of Levine Deposition [#41] is **GRANTED.**

    **SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: