**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JONATHAN E. PESKOFF,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL A. FABER,**<br><br>Defendant. | Civil Action No. 04-526 (HHK/JMF) |

**ORDER**

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that Plaintiff's Motion to Compel Discovery [#48] is **GRANTED** in part and **DENIED** in part. It is further **ORDERED** that defendant Michael Faber shall file, within ten business days from the date of this order, a detailed affidavit specifying the nature of the search that was previously conducted for e-mails from, to, and about plaintiff Jonathan Peskoff. Peskoff shall have ten business day therefrom to file any response to Faber's affidavit. Once I have received Faber's affidavit and Peskoff's response, if any, I will consider whether any additional searches and/or an evidentiary hearing are necessary.

    **SO ORDERED.**

                                                                   _____
                                                                   JOHN M. FACCIOLA
                                                                   UNITED STATES MAGISTRATE JUDGE

Dated: